Below is a Judgment of the Court. If the judgment is for
money, the applicable judgment interest rate is: n/a

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

**OCT 1 5 2013**

LODGED_____REC'D_____
PAID_____DOCKETED_____

FRANK R. ALLEY
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In re )
)
KARTAR SINGH KHALSA and )
EWTC MANAGEMENT, LLC, )
f/k/a Golden Temple Management, LLC, )
)
Debtors. )
_____ )
)
KARTAR SINGH KHALSA and )
EWTC MANAGEMENT, LLC, )
f/k/a Golden Temple Management, LLC, )
)
Plaintiffs, )
v. )
)
LANE POWELL PC, )
)
Defendant. )
_____ )

Case Nos. 12-60538-fra11 (Lead Case) &
12-60536-fra11

(JOINTLY ADMINISTERED)

Adv. No. 13-6040-fra

STIPULATED FINAL JUDGMENT
OF DISMISSAL

Debtors-in-Possession EWTC Management, LLC f/k/a Golden Temple Management,

LLC ("EWTCM") and Kartar Singh Khalsa ("Kartar") (collectively the "Debtors") originally

employed their pre-petition counsel Lane Powell PC ("Lane Powell") as special counsel in the

above-referenced bankruptcy case. Applications to employ Lane Powell were filed by both

Debtors, and the respective applications were approved by the Court. On January 29, 2013, after

completing its engagement, Lane Powell filed with the Court a final fee application, which was

entered in the Debtors' jointly administered cases as Proof of Claim No. 24 in Case No. 12-60538-fra11 (as subsequently amended, the "Claim"). The Claim seeks recovery of Lane Powell's professional fees and costs totaling $269,795.56, plus (1) additional fees and costs related to litigation of the Claim, beyond Lane Powell's initial $10,000 estimate that was included in the $269,795.56 total; and (2), to the extent allowed by the Court, a doubling fee enhancement as provided under its terms of its employment by the Debtors as approved by the Court.

The Debtors first filed an objection to the Claim in the bankruptcy case on January 15, 2013 using the Court's LBF #763.2 (Doc. 359). A new amended objection on LBF #763.2 was filed on February 28, 2013 (Doc. 393). The Court held a scheduling conference and entered a minute order on March 13, 2013 (Doc. 416). The minute order provided that the Debtors' claim objection be cast in the form of an adversary proceeding complaint. The Debtors filed their Complaint in the above-captioned adversary proceeding on April 4, 2013 (AP Doc. 1). Lane Powell filed an Answer and a Counterclaim for Declaratory Judgment on May 6, 2013 (AP Doc. 13).

At a later scheduling conference on May 16, 2013, the Court clarified that the matter should remain captioned and proceed as a separate adversary proceeding, but that the claim objection litigation would otherwise be handled as a contested case, as a typical claim objection would be under the 9000 series of the Federal Rules of Bankruptcy Procedure. The Court issued an order reflecting its ruling on May 17, 2013 (AP 22-1).

The Debtors filed their restated claim objection on June 7, 2013 (AP Doc. 29), which was later amended on July 9, 2013 (AP Doc. 43) (the "Objection"). Lane Powell filed their responses to the original and amended versions of the Objection on June 26, 2013 (Doc. 37) and August 1, 2013 (AP Doc. 44).

Based on the stipulation of the Debtors and Lane Powell and the representation by Mr. Jackson that his firm is presently holding $269,795.56 in its client trust account to be paid to Lane Powell immediately upon entry of this Judgment, and after the Court's independent review of the reasonableness of the Claim in the face amount of $269,795.56 without fee enhancement; now, therefore

IT IS HEREBY ORDERED AND ADJUDGED that Lane Powell's Claim shall be allowed in its face amount of $269,795.56 and paid by (1) Lane Powell's application of the $3,002.86 currently held in trust for Debtors, together with (2) immediate payment of $266,792.70 to Lane Powell from the funds held in Mr. Jackson's client trust account. This adversary proceeding shall be dismissed with prejudice and without an award of fees or costs to either party.

# # #

*[Stipulations on following page]*

**IT IS SO STIPULATED:**

FOSTER PEPPER PLCC

By  /s/ Dillon E. Jackson
    Dillon E. Jackson, WSBA #1539
    Email: jackd@foster.com

JOSSELSON & POTTER
    Irving Potter, OSB #742609
    Email: irving@jprlaw.com

Attorneys for Debtors-in-Possession Kartar Singh
    Khalsa and EWTC Management, LLC

McKITTRICK LEONARD LLP

By  /s/ Justin D. Leonard
    Peter C. McKittrick, OSB No. 852816
    Justin D. Leonard, OSB No. 033736

LANE POWELL PC
    Kenneth R. Davis, II, OSB No. 971132
    Mary Jo Heston, OSB No. 030438
    Peter D. Hawkes, OSB No. 071986
    Skyler M. Tanner, OSB No. 101589

KENNEDY, WATTS, ARELLANO & RICKS LLP
    Joseph C. Arellano, OSB No. 801518
    Susan E. Watts, OSB No. 773845

Attorneys for Defendant Lane Powell PC

Presented by:

McKITTRICK LEONARD LLP

By  /s/ Justin D. Leonard
    Peter C. McKittrick, OSB No. 852816
    Justin D. Leonard, OSB No. 033736
        Direct:  971.634.0192
        Email:  jleonard@ml-llp.com

Of Attorneys for Defendant Lane Powell PC

PAGE 4 OF 4  -  STIPULATED FINAL JUDGMENT OF DISMISSAL